IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| G. MIKE JOLLEY, an individual, and § <br> GLEN M. JOLLEY FAMILY TRUST, § <br> An Oklahoma Trust, § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> JAY B. LEDFORD, NEAL A. PATEL, § <br> KING-FISCHER, LTD., and § <br> RIVERWALK, LTD., § <br> § <br> Defendants. § | CIVIL ACTION NO. _____ |

INDEX OF DOCUMENTS FILED IN STATE COURT ACTION

| Exhibit | Name of Document | Date Filed |
|---|---|---|
| 2 | Plaintiff's Original Petition | May 5, 2015 |
| 3 | Docket Sheet for Oklahoma County District Court | May 5, 2015 |

Respectfully submitted this the 5th day of June, 2015.

                          Patrick J. Schurr
                          Texas Bar No. 17853530
                          SCHEEF & STONE, L.L.P.
                          2600 Network Boulevard, Suite 400
                          Frisco, Texas 75034
                          Telephone: 214.472.2100
                          Telecopier: 214.472.2150
                          Email: patrick.schurr@solidcounsel.com

INDEX OF DOCUMENTS FILED IN STATE COURT ACTION – PAGE 1



DEFENDANT'S EXHIBIT

/s/ J. Kelly Work
J. Kelly Work
Oklahoma Bar No. 9888
105 N. Hudson, Suite 304
Oklahoma City 73102
Telephone: 405.232.2790
Telecopier: 405.232.3966
Email: jkwork@sbcglobal.net

*ATTORNEYS FOR THE DEFENDANTS*