

# THE OKLAHOMA STATE COURTS NETWORK

Home  Courts  Court Dockets  Legal Research  Calendar  Help

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| G MIKE JOLLEY an Individual AND GLEN M JOLLEY FAMILY TRUST an Oklahoma Trust<br><br>    Plaintiffs<br>v.<br><br>JAY B LEDFORD an Individual NEAL A PATEL an Individual KING-FISHER LTD D/B/A LP INVESTMENTS LTD a "Texas Corporation " and RIVERWALK LTD, a Delaware Corporation<br><br>    Defendants | No. CJ-2015-2595<br>(Civil relief more than $10,000:<br>BREACH OF AGREEMENT - CONTRACT)<br><br>Filed: 05/05/2015<br><br>Judge: Dixon, Bryan C. |
|---|---|

## Parties

GLEN M JOLLEY FAMILY TRUST , Plaintiff
Jolley, G Mike , Plaintiff
KING-FISHER LTD DBA LP INVESTMENTS LTD , Defendant
Ledford, Jay B , Defendant
Patel, Neal A , Defendant
RIVERWALK LTD , Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|
| CUNNINGHAM, CLELL I III(Bar # 2093)<br>4832 RICHMOND SQUARE SUITE 200<br>OKLAHOMA CITY, OK 73118 | Jolley, G Mike<br>GLEN M JOLLEY FAMILY TRUST, |
| CUNNINGHAM, DREW ALLEN(Bar # 31972)<br>DUNN SWAN & CUNNINGHAM P.C.<br>4832 RICHMOND SQUARE SUITE 200<br>OKLAHOMA CITY, OK 73118 | Jolley, G Mike<br>GLEN M JOLLEY FAMILY TRUST, |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Issue # 1.           Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)



DEFENDANT'S EXHIBIT 3

Filed by: Jolley, G Mike
Filed Date: 05/05/2015

**Party Name:**     **Disposition Information:**

Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 05-05-2015 | TEXT | 1 | | 82500555 | May 5 2015 12:53:36:057PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 05-05-2015 | CONTRACT | - | | 82500557 | May 5 2015 12:53:36:097PM | Realized | $ 0.00 |
| | BREACH OF AGREEMENT - CONTRACT | | | | | | |
| 05-05-2015 | DMFE | - | | 82500558 | May 5 2015 12:53:36:107PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 05-05-2015 | PFE1 | - | | 82500559 | May 5 2015 12:53:36:107PM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | | |
| 05-05-2015 | PFE7 | - | | 82500560 | May 5 2015 12:53:36:107PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 05-05-2015 | OCISR | - | | 82500561 | May 5 2015 12:53:36:107PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 05-05-2015 | CCADMIN02 | - | | 82500562 | May 5 2015 12:53:36:107PM | Realized | $ 0.20 |
| | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | | |
| 05-05-2015 | OCJC | - | | 82500563 | May 5 2015 12:53:36:107PM | Realized | $ 2.00 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | | |
| 05-05-2015 | OCASA | - | | 82500564 | May 5 2015 12:53:36:107PM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | | |
| 05-05-2015 | CCADMIN04 | - | | 82500565 | May 5 2015 12:53:36:107PM | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | | |
| 05-05-2015 | LTF | - | | 82500566 | May 5 2015 12:53:36:257PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 05-05-2015 | SMF | - | | 82500567 | May 5 2015 12:53:58:277PM | Realized | $ 20.00 |
| | SUMMONS FEE (CLERKS FEE)X 4($ 20.00) | | | | | | |
| 05-05-2015 | P | - | | 82559895 | May 11 2015 1:28:23:610PM | - | $ 0.00 |
| | PETITION<br>📄 *Document Available (#1029558920)* | | | | | | |
| 05-05-2015 | TEXT | - | | 82500556 | May 5 2015 12:53:36:077PM | - | $ 0.00 |

6/1/2015  OCIS Case Summary for CJ-2015-2595- C Mike Jolley GLEN M JOLLEY FAMILY TRUST v Jay A Ledford Neal A Patel KING-FISHER LTD DBA LPI...

Case 5:15-cv-00624-D   Document 1-3   Filed 06/05/15   Page 3 of 3

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE DIXON, BRYAN C. TO THIS CASE.

---

05-05-2015   ACCOUNT   -   82500603   May 5 2015 12:54:49:367PM   -   $ 0.00
RECEIPT # 2015-3607355 ON 05/05/2015.
PAYOR:DUNN SWAN & CUNNINGHAM TOTAL AMOUNT PAID: $233.70.
LINE ITEMS:
CJ-2015-2595: $183.00 ON AC01 CLERK FEES.
CJ-2015-2595: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2015-2595: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2015-2595: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2015-2595: $2.00 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2015-2595: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2015-2595: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2015-2595: $10.00 ON AC81 LENGTHY TRIAL FUND.

---

Report Generated by The Oklahoma Court Information System at June 1, 2015 13:55 PM

End of Transmission.