IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| G. MIKE JOLLEY, an individual, and §<br>GLEN M. JOLLEY FAMILY TRUST, §<br>An Oklahoma Trust, §<br>§<br>　　Plaintiffs, §<br>§<br>vs. §<br>§<br>JAY B. LEDFORD, NEAL A. PATEL, §<br>KING-FISCHER, LTD., and §<br>RIVERWALK, LTD., §<br>§<br>　　Defendants. § | CIVIL ACTION NO. CIV-15-624-D |

**DEFENDANTS' DISCLOSURE STATEMENT IDENTIFYING
CONSTITUENTS OF PARTNERSHIP**

　　Pursuant to Local Rule LCvR7.1.1, the Defendants disclose the following constituents of the Defendants:

　　Defendant King-Fischer, Ltd. is a Texas limited partnership whose general partners are:

　　　(1) JBL Management, Inc., a Texas corporation, and
　　　(2) Burgandy Holdings Management, L.L.C., a Texas limited liability company, whose sole member is a Texas resident.

　　Defendant Riverwalk Ltd. is a Delaware corporation.

None of the Defendants or its members or partners are citizens of the State of Oklahoma.

　　Respectfully submitted this the 5th day of June, 2015.

**DEFENDANTS' DISCLOSURE STATEMENT IDENTIFYING
CONSTITUENTS OF PARTNERSHIP** – PAGE 1

        Patrick J. Schurr
        Texas Bar No. 17853530
        SCHEEF & STONE, L.L.P.
        2600 Network Boulevard, Suite 400
        Frisco, Texas 75034
        Telephone: 214.472.2100
        Telecopier: 214.472.2150
        Email: patrick.schurr@solidcounsel.com


        /s/ J. Kelly Work
        J. Kelly Work
        Oklahoma Bar No. 9888
        105 N. Hudson, Suite 304
        Oklahoma City 73102
        Telephone: 405.232.2790
        Telecopier: 405.232.3966
        Email: jkwork@sbcglobal.net

        ***ATTORNEYS FOR THE DEFENDANTS***

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2015, I transmitted *Defendants' Disclosure Statement Identifying Constituents* to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Clell I. Cunningham, III
DUNN, SWAN & CUNNINGHAM, P.C.
4832 Richmond Square, Suite 200
Oklahoma City, Oklahoma 73118

/s/ J. Kelly Work

**DEFENDANTS' DISCLOSURE STATEMENT IDENTIFYING**
**CONSTITUENTS OF PARTNERSHIP** – PAGE 3